# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TRUDEAU,<br><br>          Plaintiff,<br><br>     v.<br><br>WARDEN, et al.,<br><br>          Defendants. | Case No. 1:13-cv-01691 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DOCUMENTS<br><br>(Document 7) |

Plaintiff Jamie Trudeau ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's October 21, 2013, complaint is currently awaiting screening.

On November 4, 2013, Plaintiff filed a motion requesting that this Court order the Kings County Superior Court to provide him with copies of documents submitted with a writ of habeas corpus. Plaintiff states that he needs copies of those documents to proceed in this action.

This Court does not have jurisdiction to order a state court to provide copies of documents. Accordingly, Plaintiff's motion must be DENIED. Plaintiff may wish to direct his request to the Kings County Superior Court.

Plaintiff is also informed that exhibits are not necessary to successfully state a claim at this point in the litigation, and so long as the allegations in his complaint are sufficient, this action will move forward.

IT IS SO ORDERED.

Dated:   **November 13, 2013**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE