# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TRUDEAU,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01691 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DOCUMENTS<br><br>(Document 7) |

     Plaintiff Jamie Trudeau ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's October 21, 2013, complaint is currently awaiting screening.

     On November 4, 2013, Plaintiff filed a motion requesting that this Court order the Kings County Superior Court to provide him with copies of documents submitted with a writ of habeas corpus. Plaintiff states that he needs copies of those documents to proceed in this action.

     This Court does not have jurisdiction to order a state court to provide copies of documents. Accordingly, Plaintiff's motion must be DENIED. Plaintiff may wish to direct his request to the Kings County Superior Court.

1

Plaintiff is also informed that exhibits are not necessary to successfully state a claim at this point in the litigation, and so long as the allegations in his complaint are sufficient, this action will move forward.

IT IS SO ORDERED.

Dated: __November 13, 2013__        /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE